IN THE UNITED STATES BANKRUPTCY COURT                    21-21148
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | Bankruptcy No. |
|---|---|---|
| **Restland Memorial Parks, Inc.** | : | |
| | : | Chapter **11** |
| | : | |
| Debtor | : | |
| | : | |
| **Restland Memorial Parks, Inc.** | : | |
| Movant | : | Related to Document No. 1 |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, __**Donald R. Calaiaro**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Donald R. Calaiaro**
   Signature
**Donald R. Calaiaro**
Typed Name
**938 Penn Avenue, 5th Fl.**
**Suite 501**
**Pittsburgh, PA 15222**
Address
**412-232-0930 Fax:412-232-3858**
Phone No.
**27538 PA**
List Bar I.D. and State of Admission

21-21148

Allegheny County Real Estate Tax
c/o John Weinstein, Allegheny County Tre
P.O. Box 643385
Pittsburgh, PA 15264

Allegheny County Treasurer
Goehring, Rutter & Boehm
437 Grant Street, 14th Floor
Pittsburgh, PA 15219

Battle and Onofrey
5301 Grove Rd., #M119
Pittsburgh, PA 15236

BFS Capital
3301 N. University Dr. #300
Coral Springs, FL 33065

Bravo Capital
3415 Graystone Drive, Suite 210
Austin, TX 78731

Canon Financial Services, Inc.
158 Gaither Drive, Suite 200
Mount Laurel, NJ 08054

Century Granite Company Inc.
P.O. Box 370
Elberton, GA 30635

Cool Spring Granite Company
17482 Granite West Road
Cold Spring, MN 56320

David J. Eckle, Esquire
244 Center Rd., Suite 202
Monroeville, PA 15146

Department of Labor & Industry
Office of the UC Tax Services
651 Boas Street
Harrisburg, PA 17121-0750

Duquene Light Company
c/o Keri P. Ebeck
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219

EIN Cap
160 Pearl St.,5th Floor
New York, NY 10005

Everlasting Granite Memorial Company Inc
P.O. Box 536626
Pittsburgh, PA 15253

21-21148

First Commonwealth Bank of PA
Attn: Gary W. Darr, Esquire
McGrath McCall, P.C.
444 Liberty Avenue, Suite 1040
Pittsburgh, PA 15222

Forward Financing
100 Summer Street, Suite 1175
Boston, MA 02110

Fred Vennie
129 Jeanette Drive
Verona, PA 15147

Gateway School District
Weiss Burkhardt Kramer LLC
445 Fort Pitt Blvd., Suite 503
Pittsburgh, PA 15219

Huntingon Bank
P.O. Box 182519
Columbus, OH 43218

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Joseph S. Koval, Esquire
The Law Office of Joseph S.Koval, Esquir
160 Pearl St., Fl. 5
New York, NY 10005

Liberty Mutual
P.O. Box 2051
Keene, NH 03431

Maillo Brungo & Maiello, LP
424 S. 27th Street, #210
Pittsburgh, PA 15203

Mark A. Lehnert
990 Patton Street, Ext.
Monroeville, PA 15146

Michael R. Lessa, Esquire
Amato Keating and Lessa, P.C.
1207 North Commerce Way
Bethlehem, PA 18017

Monroeville Borough
2700 Monroeville Blvd., 1st Fl.
Monroeville, PA 15146

21-21148

Mrk A. Lehnert
990 Patton Street, Ext.
Monroeville, PA 15146

PA Real Estate Commission
P.O. Box 2649
Harrisburg, PA 17105

Patrick J. Fulkerson, Tax Collector
2700 Monroeville Blvd.
Monroeville, PA 15146

Pennsylvania Department of Revenue
Department 280946
Harrisburg, PA 17128

Phoenix Bronze Resources
100 Steel St.
Aliquippa, PA 15001

PNC Bank N.A.
249 Fifth Avenue
Pittsburgh, PA 15222

Stuart C. Gaul, Jr., Esquire
Goldblum Sablowsky, LLC
The Waterfront
285 East Waterfront Drive, Suite 160
Homestead, PA 15120

Wide Merchant Group
Buchalter, Attn: Brian T. Harvey
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

William J. & Barbara Howard
255 Marr Rd.
Freedom, PA 15042